SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 MAR 20 PM 4: 10

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID A. LOMBARD,

Defendant.

4:18CR3032

INDICTMENT
18 USC § 2252(a)(2) and (b)(1)
18 USC § 2252(a)(4)(B) and (b)(2)

The Grand Jury charges that

## COUNT I

From on or about January 1, 2014 to on or about March 5, 2015, in the District of Nebraska and elsewhere, DAVID A. LOMBARD, defendant herein, knowingly received and distributed any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT II

From on or about April 1, 2013 to on or about March 5, 2015, in the district of Nebraska and elsewhere, DAVID A. LOMBARD, defendant herein, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or

1

transported in interstate commerce by any means, including by computer including images of child pornography, involving prepubescent minors or minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

_____

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
LESLEY WOODS, TX #24092092
Assistant U.S. Attorney

2